**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLSWORTH HARRELL, aka WALTER HARRELL, | Case No. CV 15-2164 AB (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| K. SIEBEL, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 28, 2017

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE